IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

PUBLIO CARDENAS,

    Plaintiff,

v.                                                                                            Case No.:

TRELLEBORG AB d/b/a SEALING SOLUTIONS,

    Defendant.

## COMPLAINT

NOW COMES THE PLAINTIFF, Publio Cardenas, by his attorneys Gingras, Cates & Luebke, by Paul A. Kinne, and hereby states the following as his Complaint in the above-referenced matter.

### PARTIES

1. At all times relevant hereto, Publio Cardenas ("Cardenas") has been an adult Latino/Hispanic resident of the State of Colorado. He presently resides within the Judicial District of Colorado.

2. At all times relevant hereto, Trelleborg AB d/b/a Trelleborg Sealing Solutions ("Trelleborg") has been a business operating within the Judicial District of Colorado.

### JURISDICTION AND VENUE

3. This court has jurisdiction over this matter pursuant to § 706 of Title VII of the Civil Rights Act of 1964, as amended in 1991, 42 U.S.C. § 2000e-5(f), and pursuant to 28 U.S.C. §§ 1331 and 1343.

4. This claim may be venued in the District of Colorado pursuant to 28 U.S.C. §

1391, insofar as all the parties reside and/or do business in this district.

5. The defendant is an employer within the meaning of Title VII.

6. The alleged unlawful employment practices took place at the following location: 510 Burbank, Broomfield, CO 80020.

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Colorado Civil Rights Division on July 7, 2009, regarding the alleged discriminatory conduct of the Defendant.

8. Plaintiff received from the Equal Employment Opportunity Commission a Notice of Right to Sue on March 30, 2010 (attached hereto as Exhibit A)

## NATURE OF PROCEEDINGS

9. This civil action is brought in part of Title VII of the Civil Rights Act of 1964, as amended in 1991, 42 U.S.C. § 2000e et seq., brought to redress the discriminatory and retaliatory treatment to which the plaintiff was subjected by defendant based on his race.

## FACTUAL ALLEGATIONS

10. Trelleborg hired Cardenas on June 12, 2006.

11. Cardenas was hired to work as a temporary tool and die maker.

12. Cardenas displayed a strong work ethic and excelled in his temporary position as a tool and die maker.

13. Cardenas was offered a full-time position on November 13, 2006, which he accepted.

14. Cardenas' hourly rate was $20.00/hr when he started as a full-time tool and die maker.

15. On October 9, 2006, Trelleborg hired Mr. Zoltowski to work in a position very similar to the tool and die maker position.

16. Zoltowski is white/Caucasian and was born in Poland.

17. Zoltowski was hired at a rate of $22.00/hr.

18. Ted Veres, another employee working in the Toolroom area where Cardenas worked, received a higher hourly wage than Cardenas.

19. Veres performed the same job as Cardenas.

20. Veres was born in the United States and is white/Caucasian.

21. In January 2008, Cardenas complained about pay discrimination because of his race, color and ethnicity to upper management.

22. These pay discrepancies recurred every time Cardenas received his paycheck throughout the remainder of his time at Trelleborg.

23. On January 14, 2009, Cardenas was terminated from his employment with Trelleborg.

24. The decision-makers knew Cardenas' race, color and ethnicity. They also knew that he had complained about discrimination made unlawful by Title VII.

25. Cardenas was performing his duties sufficiently at the time of his termination.

26. Trelleborg fired Cardenas because of Cardenas' race, color and ethnicity and/or because he complained about discrimination made unlawful by Title VII.

27. Cardenas has satisfied his administrative prerequisites. A copy of his Right to Sue letter is attached hereto as Exhibit A.

### FIRST CAUSE OF ACTION AGAINST
### TRELLEBORG – DISCRIMINATORY PAY

28. The plaintiff realleges and incorporates paragraphs 1-27 as if set forth fully herein.

29. By engaging in the conduct described above, the defendant paid Cardenas less than similarly situated employees because of his race, in violation of Title VII.

30. This conduct has caused Cardenas severe and permanent emotional, psychological and economic harm.

### SECOND CAUSE OF ACTION AGAINST
### TRELLEBORG – DISCRIMINATORY DISCHARGE

31. The plaintiff realleges and incorporates paragraphs 1-30 as if set forth fully herein.

32. By engaging in the conduct described above, the defendant fired Cardenas because of his race, in violation of Title VII.

33. This conduct has caused Cardenas severe and permanent emotional, psychological and economic harm.

### THIRD CAUSE OF ACTION AGAINST
### TRELLEBORG – RETALIATION

34. The plaintiff realleges and incorporates paragraphs 1-33 as if set forth fully herein.

35. By engaging in the conduct described above, the defendant fired Cardenas in retaliation for complaining about discrimination made unlawful by Title VII.

36. This conduct has caused Cardenas severe and permanent emotional, psychological and economic harm.

### FOURTH CAUSE OF ACTION AGAINST
### TRELLEBORG – PUNITIVE DAMAGES

37. The plaintiff realleges and incorporates paragraphs 1-36 as if set forth fully herein.

38. The aforementioned conduct of the defendant was carried out in a willful, wanton and/or reckless manner, and Cardenas is therefore entitled to an award of punitive damages to be determined by a jury.

WHEREFORE, the plaintiff demands the following relief:

1. An award of compensatory damages against the defendant that will justly compensate the plaintiff for his losses, including but not limited to, emotional distress, loss of wages, loss of future earning capacity, injury to reputation, humiliation and embarrassment;

2. An award of back pay against the defendant;

3. An award of front pay against the defendant;

4. An award of punitive damages against the defendant for the willful, wanton and reckless acts it has committed against the plaintiff;

5. An award of plaintiff's reasonable attorneys' fees and costs incurred in this action;

6. Pre- and post-judgment interest; and

7. Such other relief as the Court deems just and appropriate to award.

## JURY DEMAND

The plaintiff respectfully requests that this matter be tried before a jury of six (6) competent persons.

Dated this 24th day of June, 2010.

**s/ Paul A. Kinne**
Paul A. Kinne
WI State Bar No.: 1021493
Gingras, Cates & Luebke, S.C.
8150 Excelsior Drive
P.O. Box 1808
Madison, WI 53701-1808
Telephone: (608) 833-2632
Fax: (608) 833-2874
kinne@gcllawyers.com
Attorney for Plaintiff:
Publio Cardenas
16382 E Ada Place
Aurora, CO 80017