IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01489-RPM

PUBLIO CARDENAS,

    Plaintiff,

v.

TRELLEBORG AB d/b/a SEALING SOLUTIONS and
TRELLEBORG SEALING SOLUTIONS US, INC.,

    Defendants.

_____

ORDER FOR DISMISSAL OF TRELLEBORG AB d/b/a SEALING SOLUTIONS
_____

Pursuant to the Motion to Dismiss Defendant Trelleborg AB d/b/a Sealing Solutions [4], it is

ORDERED that Defendant Trelleborg AB d/b/a Sealing Solutions is dismissed with prejudice and without costs to the parties.

DATED: August 18th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge