# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01489-RPM-KMT

PUBLIO CARDENAS,

    Plaintiff,

v.

TRELLEBORG SEALING SOLUTIONS US, INC.,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court having been advised in the premises,

IT IS HEREBY ORDERED that the Complaint and action be dismissed, with prejudice, each party to pay his/its own costs and attorneys' fees.

DONE this 18th day of January, 2012.

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                Richard P. Matsch, Senior District Judge